COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  | § |  |
|---|---|---|
| IN RE: THE STATE OF TEXAS, | | No. 08-21-00150-CR |
| | § | |
| Relator. | | AN ORIGINAL PROCEEDING |
| | § | |
| | | IN MANDAMUS |
| | § | |

## **O R D E R**

The State of Texas, Relator, has filed a request for temporary relief pending resolution of the State's petition for a writ of prohibition against Respondent, the Honorable Pedro Gomez, Jr., judge of the 112th District Court of Reagan County, Texas.

The motion for temporary relief is GRANTED. The Court hereby temporarily ORDERS Respondent to refrain from hearing or making any order on a bond issue related to Ariel Martinez pending this Court's resolution of the State's petition for a writ of prohibition.

The Court further ORDERS the real party in interest to respond to the State's petition by Monday, September 13, 2021.

IT IS SO ORDERED this 8th day of September, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.